AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Joseph Davis <br><br> *Plaintiff(s)* <br> v. <br><br> Martin Transport, Inc. et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action   6:25-cv-169-JDK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Defendant Martin Transport, Inc., C/O its agent for service of process:
Chris Booth
4200 Stone Road, Kilgore, Texas 75662

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Douglas B. Welmaker
        Welmaker Law PLLC
        409 N. Fredonia, Suite 118
        Longview, Texas 75601

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **5/28/2025**

CLERK OF COURT

*David A. O'Toole*
Signature of Clerk or Deputy Clerk

**Came to hand on 05-28-2025 @ 6:37 P.M.**

**RETURN ATTACHED**

**DRLS**
516 West Annie St.
Austin, Texas 78704
5738

UNITED STATES DISTRICT COURT
for the Eastern District of Texas

| | | | |
|---|---|---|---|
| Joseph Davis, | Plaintiff | § | Civil Action No. 6:25-cv-169-JDK |
| vs. | | § | |
| Martin Transport, Inc., et al, | Defendants | § | **PROOF OF SERVICE AFFIDAVIT** |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. My address is 516 West Annie, Austin, Texas 78704, United States of America. Pursuant to Texas Government Code Section 156.001.(2), I am certified as a process server by the Judicial Branch Certification Commission under Order of the Texas Supreme Court to serve process; certification no. PSC1660, exp. 11/30/2025.

Came to hand on May 28, 2025, at 6:37 p.m. Summons in a Civil Action and Plaintiff's Original Complaint with Exhibit A and Cover Letter, for service on <u>Defendant Martin Transport, Inc</u>.

<u>Executed on June 2, 2025</u>, at 9:17 a.m., by delivering to the agent for service of process, Chris Booth via U.S.P.S. certified mail, return receipt requested, at 4200 B Stone Road, Kilgore, Texas 75662, (see U.S.P.S. tracking and return receipt attached.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service and Statement of Service Fees is true and correct."

Printed Name: <u>Tod E. Pendergrass</u>

_____
Signature
DRLS, 516 W. Annie Street
Austin, Texas 78704

Service Fee $ <u>94.00</u>     Re: Welmaker/5788

**STATE OF TEXAS**
Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on June 8, 2025.

[Seal: STAR SALAZAR, Notary Public, State of Texas, Comm. Expires 04/27/2027, Notary ID 187334]

_____
NOTARY PUBLIC in and for the State of TEXAS
[Form pursuant to FRCP 4(l)(1)]

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700393438739

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 9:17 am on June 2, 2025 in KILGORE, TX 75662.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
KILGORE, TX 75662
June 2, 2025, 9:17 am

● **Arrived at USPS Regional Destination Facility**
SHREVEPORT LA DISTRIBUTION CENTER
June 1, 2025, 7:17 pm

● **In Transit to Next Facility**
June 1, 2025

● **Departed USPS Regional Facility**
AUSTIN TX DISTRIBUTION CENTER
May 30, 2025, 9:18 am

● **Arrived at USPS Regional Origin Facility**
AUSTIN TX DISTRIBUTION CENTER
May 30, 2025, 7:29 am

● **Departed Post Office**

Feedback

AUSTIN, TX 78701
May 29, 2025, 6:17 pm

**USPS in possession of item**
AUSTIN, TX 78701
May 29, 2025, 11:50 am

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

See Less ∧

Track Another Package

Enter tracking or barcode numbers

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Martin Transport, Inc.
C/O Chris Booth
4200 B Stone Road
Kilgore, Texas 75662

9590 9402 8961 4064 2922 09

9589 0710 5270 0393 4387 39

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Austin Moore
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

wecm 5788

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Feedback