IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JOSEPH DAVIS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, § § § § § Plaintiff, § v. § § MARTIN RESOURCE MANAGEMENT CORPORATION AND MARTIN TRANSPORT, INC., § § § § § Defendants. § | CIVIL ACTION NO. 6:25-cv-00169-JDK |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Martin Resource Management Corporation and Martin Transport, Inc. state the following:

Martin Resource Management Corporation is the sole member of Martin Resource LLC, which is the sole member of MMGP Holdings LLC, which is the sole member of Martin Midstream GP LLC, which is the general partner of Martin Midstream Partners L.P., a publicly traded entity listed on NASDAQ under the ticker symbol, MMLP. The public unitholders of MMLP are the limited partners of it. Martin Midstream Partners L.P. is the limited partner of Martin Operating Partnership L.P., and Martin Operating Partnership L.P. is the sole shareholder of Martin Transport, Inc.

[*signature on following page*]

Dated: June 23, 2025

Respectfully submitted,

*/s/ Molly M. Jones*
Molly M. Jones (lead attorney)
Texas State Bar No. 24100271
molly.jones@wickphillips.com
Colin P. Benton
Texas State Bar No. 24095523
colin.benton@wickphillips.com
Dana M. Hilzendager
Texas State Bar No. 24106099
dana.hilzendager@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone:  (214) 692-6200
Facsimile:   (214) 692-6255

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    This is to certify that on June 23, 2025, a true and correct copy of the foregoing document was filed and served in accordance with the Federal Rules of Civil Procedure *via* the CM/ECF filing system and regular mail at the following address:

Douglas B. Welmaker
WELMAKER LAW, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

                                       */s/ Molly M. Jones*
                                       Molly M. Jones