IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JOSEPH DAVIS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>       Plaintiff,<br>v.<br><br>MARTIN RESOURCE MANAGEMENT CORPORATION AND MARTIN TRANSPORT, INC.,<br><br>       Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§         CIVIL ACTION NO. 6:25-cv-00169-JDK |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

PLEASE TAKE NOTICE that Dana M. Hilzendager hereby appears as additional counsel on behalf of Defendants Martin Resource Management Corporation and Martin Transport, Inc. The undersigned certifies that she is admitted to practice before this Court and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned at the following address:

Dana M. Hilzendager
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
dana.hilzendager@wickphillips.com

Dated: July 2, 2025                    Respectfully submitted,

                                       /s/ Dana M. Hilzendager
                                       Molly M. Jones (lead attorney)
                                       Texas State Bar No. 24100271
                                       molly.jones@wickphillips.com
                                       Colin P. Benton
                                       Texas State Bar No. 24095523
                                       colin.benton@wickphillips.com
                                       Dana M. Hilzendager
                                       Texas State Bar No. 24106099
                                       dana.hilzendager@wickphillips.com

                                       **WICK PHILLIPS GOULD & MARTIN, LLP**
                                       3131 McKinney Avenue, Suite 500
                                       Dallas, Texas 75204
                                       Telephone:  (214) 692-6200
                                       Facsimile:   (214) 692-6255

                                       **ATTORNEYS FOR DEFENDANTS**


## CERTIFICATE OF SERVICE

This is to certify that on July 2, 2025, a true and correct copy of the foregoing document was filed and served in accordance with the Federal Rules of Civil Procedure *via* the CM/ECF filing system and regular mail at the following address:

Douglas B. Welmaker
WELMAKER LAW, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

                                       /s/ Dana M. Hilzendager
                                       Dana M. Hilzendager