IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JOSEPH DAVIS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　Plaintiff,<br>v.<br><br>MARTIN RESOURCE MANAGEMENT CORPORATION AND MARTIN TRANSPORT, INC.,<br><br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 6:25-cv-00169-JDK<br><br><br><br><br><br><br><br>JURY DEMANDED |

### DEFENDANTS' NOTICE OF INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1)

Pursuant to Local Rule CV-26(c) of the Eastern District of Texas, Martin Resource Management Corporation and Martin Transport, Inc.'s ("Defendants"), give notice that they have served their Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1).

Dated: August 8, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Molly M. Jones*
　　　　　　　　　　　　　　　　　　　Molly M. Jones (lead attorney)
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24100271
　　　　　　　　　　　　　　　　　　　molly.jones@wickphillips.com
　　　　　　　　　　　　　　　　　　　Colin P. Benton
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24095523
　　　　　　　　　　　　　　　　　　　colin.benton@wickphillips.com
　　　　　　　　　　　　　　　　　　　Dana M. Hilzendager
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24106099
　　　　　　　　　　　　　　　　　　　dana.hilzendager@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255

**ATTORNEYS FOR DEFENDANTS
MARTIN RESOURCE MANAGEMENT
CORPORATION AND MARTIN
TRANSPORT, INC.**

**CERTIFICATE OF SERVICE**

  This is to certify that on August 8, 2025, a true and correct copy of the foregoing document was filed and served in accordance with the Federal Rules of Civil Procedure *via* the CM/ECF filing system and regular mail at the following address:

Douglas B. Welmaker
WELMAKER LAW, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Molly M. Jones*
Molly M. Jones
