UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOSEPH DAVIS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFF | § § § § | |
| v. | § § | CA NO. 6:25-cv-00169-JDK |
| MARTIN RESOURCE MANAGEMENT CORPORATION AND MARTIN TRANSPORT, INC., | § § § § § | |
| DEFENDANTS | § | JURY DEMANDED |

## NOTICE OF APPEARANCE OF JOSEF F. BUENKER

Please take notice that Josef F. Buenker, hereby makes an appearance as counsel of record for plaintiff Joseph Davis in this case. Mr. Buenker will be co-counsel with Douglas B. Welmaker; Douglas B. Welmaker will remain attorney-in-charge.

Respectfully Submitted

THE BUENKER LAW FIRM

*/s/ Josef F. Buenker*
By: Josef F. Buenker
TBA No. 03316860
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile
jbuenker@buenkerlaw.com
**COUNSEL FOR PLAINTIFF**
**JOSEPH DAVIS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 16, 2025, I caused a copy of the foregoing document to be filed with the Court using ECF, which will serve all counsel of record.

                                     */s/ Josef F. Buenker*
                                      Josef F. Buenker