UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOSEPH DAVIS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFF <br><br> v. <br><br> MARTIN RESOURCE MANAGEMENT CORPORATION AND MARTIN TRANSPORT, INC., <br><br> DEFENDANTS | § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br> CA NO. 6:25-cv-00169-JDK <br><br><br><br><br><br> JURY DEMANDED |

## JOINT STIPULATION REGARDING NOTICE TO WORKERS

1. The Parties hereby agree to stipulate to issuance of notice to similarly situated employees of Defendants[1] in accordance with the deadlines previously ordered by this Court and seek this Court's approval of the Stipulation.

2. The Parties stipulate to the issuance of notice to a group of current and former salaried employees consisting of the following:

> **All individuals who are/were employed as salaried Logistics Coordinators employed by Martin Resource Management Corporation and/or Martin Transport, Inc. during the period from September 30, 2023 through the present date (the "Similarly Situated Workers").**

3. The Parties further agree to toll the statute of limitations as of September 30, 2025 as to those individuals to whom notice is being sent.

---

[1] The Parties acknowledge that Defendants deny that Martin Transport, Inc. was an "employer" of Davis or any other similarly situated individual, as that term is defined under the Fair Labor Standards Act and its applicable regulations.

4. The Parties have agreed to use the proposed Notice and Consent to Join forms that are being filed with this Stipulation and agree that those forms will be sent to the Similarly Situated Workers. Additionally, the Parties agree to the maintenance of a website dedicated solely to hosting the Notice and Consent forms, that also allows for the use of electronic signatures for the Consent form.

5. Within 14 days after this Court approves this Stipulation, Defendants will send Plaintiff's counsel an electronic spreadsheet with the names, last-known mailing addresses, cell phone numbers and email addresses of all Similarly Situated Workers (the "List").

6. Within 14 days after being provided with the List, Plaintiffs shall mail, text, and email the Notice and Consent forms to the Similarly Situated Workers. Prior to sending the Notice and Consent forms, Plaintiff's counsel shall send to Defendants' counsel exact copies of the Notice and Consent forms that will be sent to Similarly Situated Workers so that counsel may confirm the accuracy of the forms. Plaintiff shall file a notice with the Court specifying the date on which the Notice and Consent forms were sent to the Similarly Situated Workers.

7. All individuals who wish to join this lawsuit may do so by filing a Consent form with the Court within 45 days of Plaintiff's sending the Notice and Consent.

8. The Parties respectfully request that the Court enter an order approving the terms of this Stipulation and approving the attached forms of Notice and Consent that are filed alongside this Stipulation.

Respectfully submitted,

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
505 E. Magrill St.
Longview Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com


*/s/ Josef F. Buenker*
Josef F. Buenker
Texas Bar No. 03316860
S.D. Tex. No. 11498
P.O. Box 10099
Houston, Texas 77206
Phone: (713) 868-3388
Fax: (713) 683-9940
jbuenker@buenkerlaw.com

**ATTORNEYS FOR PLAINTIFF**


*/s/ Molly M. Jones*
Molly M. Jones (lead attorney)
Texas State Bar No. 24100271
molly.jones@wickphillips.com
Colin P. Benton
Texas State Bar No. 24095523
colin.benton@wickphillips.com
Dana M. Hilzendager
Texas State Bar No. 24106099
dana.hilzendager@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone:  (214) 692-6200
Facsimile:  (214) 692-6255

**ATTORNEYS FOR DEFENDANTS**

3

## **CERTIFICATE OF SERVICE**

I certify that on October 16, 2025, I filed on behalf of the Parties jointly the foregoing document with the Court and served all parties of record via ECF.

*/s/ Douglas. B. Welmaker*
Douglas B. Welmaker
