**Did you work for Martin Resource Management Corporation or Martin Transport Inc. as a salaried Logistics Coordinator between September 30, 2023 and Today?**

### Does This Affect Me?

If you worked as a salaried Logistics Coordinator for Martin Resource Management Corporation or Martin Transport, Inc. ("Martin") between September 30, 2023 and the date you received this notice and believe that you should have been paid overtime pay for all hours over 40 that you worked each week during the relevant period, then this may affect you.

### What's This About?

A former salaried Logistics Coordinator for Martin claims that he should have been paid overtime compensation for all hours worked over forty per week. This lawsuit is seeking money to pay to him and similar workers for all unpaid overtime, if any, they worked in the past 2 years. This Notice tells you how you may join the case if you so choose.

At this time, the Court has not decided if Martin violated any law. Martin says that it did nothing wrong, that it has properly paid its Logistics Coordinators, and that it does not owe them money for unpaid overtime. There is no money available now and no guarantee that there will be any money in the future.

You have a choice to assert your legal rights in this case. If you do not do so, you will not share in any money that may be awarded in the case.

### What Can I Recover?

If the workers win, you may get up to two times the unpaid overtime wages you should have received.

If the workers lose, you will get nothing.

If you join the lawsuit, you will not have to pay your lawyers out of your pocket, win or lose. The lawyers for the workers are being paid on a contingency fee basis and will receive a part of the money if money is recovered.

### Can I be Retaliated Against?

No. It is illegal for Martin to fire or demote you or otherwise treat you differently just because you joined this suit.

### How Do I Join the Lawsuit?

If you want to join in the lawsuit, go to www.martinovertimesuit.com and fill out the Consent to Join form, or fill out the enclosed *Consent to Join* form and mail, email, or fax it back. You are responsible for being sure the form is received on time. It must be mailed or received by _____, 2025.

### What Are My Choices?

If you want to join this case, return your *Consent to Join* form by _____, 2025. If you join this case, you will be bound by the result in this case, whether it is favorable or unfavorable. You may have to answer questions about your claim under oath and provide documents.

You may contact and retain any attorney you choose.

If you do not wish to join this case, you don't have to do anything.

### Can I Get More Information?

To learn more, call the workers' attorneys at (713) 868-3388. The call is free and confidential.

Or write/email to:

The Buenker Law Firm
Martin Overtime Claims
P.O. Box 10099
Houston, Texas 77206
jbuenker@buenkerlaw.com

The United States District Court in Tyler, Texas approved this Notice.
It has not ruled on the merits of the case.