**CONSENT TO JOIN OVERTIME LAWSUIT AGAINST**
**MARTIN RESOURCE MANAGEMENT CORPORATION AND MARTIN TRANSPORT, INC.**

The Court-Imposed deadline for filing is _____, 2025.

Print Name _____

1. I hereby consent to join the collective action lawsuit filed against Martin Resource Management Corporation and Martin Transport, Inc. ("Defendants") to pursue my claim of unpaid overtime during the time that I worked with the company as a Logistics Coordinator since September 30, 2023.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Welmaker Law, PLLC and The Buenker Law Firm as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Joseph Davis and his counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

5. If needed, I authorize Plaintiff's counsel to use this consent to re-file my claim in a separate lawsuit or arbitration against Defendants.

Signature: _____   Date Signed: _____

**Please print or type the following information which will be kept confidential:**

_____   _____
Address                                                                 City/State/Zip

_____   _____
Telephone Number                                                 E-mail Address

_____   _____
Location Worked                                                   Estimated Dates of Employment

**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**

**Martin Overtime Lawsuit**
**The Buenker Law Firm**
**P.O. Box 10099**
**Houston, Texas 77206**
**Telephone: (713) 868-3388**
**Fax: (713) 683-9940**
**Email: jbuenker@buenkerlaw.com**

Page 1