UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOSEPH DAVIS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF<br><br>v.<br><br>MARTIN RESOURCE MANAGEMENT CORPORATION AND MARTIN TRANSPORT, INC.,<br><br>DEFENDANTS | § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br>CA NO. 6:25-cv-00169-JDK<br><br><br><br><br><br>JURY DEMANDED |

## NOTIFICATION OF ISSUANCE OF NOTICE AND CONSENT FORM

Plaintiff notifies the Court that Notice to the putative class members was sent out via text message, email and first class mail today, November 7, 2025, and that the 45 day deadline by which opt ins may file their consents in this matter ends December 22, 2025.

       Respectfully submitted,

       WELMAKER LAW, PLLC


       /s/  Douglas B. Welmaker
       Douglas B. Welmaker
       Attorney-in-Charge
       State Bar No. 00788641
       Welmaker Law, PLLC
       505 Magrill St.
       Longview, Texas 75601
       Phone: (512) 799-2048
       Email: doug@welmakerlaw.com

        Josef F. Buenker
        Texas Bar No. 03316860
        S.D. Tex. No. 11498
        P.O. Box 10099
        Houston, Texas 77206
        Phone: (713) 868-3388
        Fax: (713) 683-9940
        jbuenker@buenkerlaw.com

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on November 7, 2025.

        /s/ Douglas B. Welmaker
        Douglas B. Welmaker