UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOSEPH DAVIS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFF | § § § | |
| v. | § § | CA NO. 6:25-cv-00169-JDK |
| MARTIN RESOURCE MANAGEMENT CORPORATION AND MARTIN TRANSPORT, INC., | § § § § | |
| DEFENDANTS | § | JURY DEMANDED |

## NOTICE OF FILING OF CONSENTS

Plaintiff Joseph Davis files the attached Consents of Brandi Shatley, Ashley Fox and McKenzie Pyle in connection with the above-entitled and numbered action.

Respectfully submitted,

WELMAKER LAW, PLLC

/s/ *Douglas B. Welmaker*
**Douglas B. Welmaker**
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

>Josef F. Buenker
>The Buenker Law Firm
>TBA No. 03316860
>P.O. Box 10099
>Houston, Texas 77206
>713-868-3388 Telephone
>713-683-9940 Facsimile
>jbuenker@buenkerlaw.com
>
>**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Filing of Consents has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on December 18, 2025.

>/s/ *Douglas B. Welmaker*
>**Douglas B. Welmaker**