## CONSENT TO JOIN OVERTIME LAWSUIT AGAINST MARTIN RESOURCE MANAGEMENT CORPORATION AND MARTIN TRANSPORT, INC.

The Court-Imposed deadline for filing is December 22, 2025.

Print Name: Ashley Fox

1. I hereby consent to join the collective action lawsuit filed against Martin Resource Management Corporation and Martin Transport, Inc. ("Defendants") to pursue my claim of unpaid overtime during the time that I worked with the company as a Logistics Coordinator since September 30, 2023.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Welmaker Law, PLLC and The Buenker Law Firm as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Joseph Davis and his counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

5. If needed, I authorize Plaintiff's counsel to use this consent to re-file my claim in a separate lawsuit or arbitration against Defendants.

Signature: Ashley Fox      Date Signed: 12-10-2025

Please print or type the following information which will be kept confidential:

[redacted]

Location Worked: MTI Smackover       Estimated Dates of Employment: 2-2017 – Now.

### RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:

Martin Overtime Lawsuit
The Buenker Law Firm
P.O. Box 10099
Houston, Texas 77206
Telephone: (713) 868-3388
Fax: (713) 683-9940
Email: jbuenker@buenkerlaw.com

Page 1

**CONSENT TO JOIN OVERTIME LAWSUIT AGAINST
MARTIN RESOURCE MANAGEMENT CORPORATION AND MARTIN TRANSPORT, INC.**

The Court-Imposed deadline for filing is December 22, 2025.

Print Name  McKenzie pyle

1. I hereby consent to join the collective action lawsuit filed against Martin Resource Management Corporation and Martin Transport, Inc. ("Defendants") to pursue my claim of unpaid overtime during the time that I worked with the company as a Logistics Coordinator since September 30, 2023.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Welmaker Law, PLLC and The Buenker Law Firm as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Joseph Davis and his counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

5. If needed, I authorize Plaintiff's counsel to use this consent to re-file my claim in a separate lawsuit or arbitration against Defendants.

Signature: *McKenzie Pyle (Nov 17, 2025 18:46:10 CST)*   Date Signed: Nov 17, 2025

**Please print or type the following information which will be kept confidential:**

[personal information redacted]

Longview                                              6/24-11/24
Location Worked                                       Estimated Dates of Employment

**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**

**Martin Overtime Lawsuit
The Buenker Law Firm
P.O. Box 10099
Houston, Texas 77206
Telephone: (713) 868-3388
Fax: (713) 683-9940
Email: jbuenker@buenkerlaw.com**

Page 1

## CONSENT TO JOIN OVERTIME LAWSUIT AGAINST
## MARTIN RESOURCE MANAGEMENT CORPORATION AND MARTIN TRANSPORT, INC.

The Court-Imposed deadline for filing is December 22, 2025.

Print Name: Brandi Shatley

1. I hereby consent to join the collective action lawsuit filed against Martin Resource Management Corporation and Martin Transport, Inc. ("Defendants") to pursue my claim of unpaid overtime during the time that I worked with the company as a Logistics Coordinator since September 30, 2023.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Welmaker Law, PLLC and The Buenker Law Firm as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Joseph Davis and his counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

5. If needed, I authorize Plaintiff's counsel to use this consent to re-file my claim in a separate lawsuit or arbitration against Defendants.

Signature: Brandi Shatley (Nov 17, 2025 20:07:50 CST)

Date Signed: Nov 17, 2025

**Please print or type the following information which will be kept confidential:**

[REDACTED]

Smackover, Arkansas
Location Worked

11/2017-Present
Estimated Dates of Employment

**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**

**Martin Overtime Lawsuit**
**The Buenker Law Firm**
P.O. Box 10099
Houston, Texas 77206
Telephone: (713) 868-3388
Fax: (713) 683-9940
Email: jbuenker@buenkerlaw.com

Page 1