## CONSENT TO JOIN OVERTIME LAWSUIT AGAINST
## MARTIN RESOURCE MANAGEMENT CORPORATION AND MARTIN TRANSPORT, INC.

The Court-Imposed deadline for filing is December 22, 2025.

Print Name ___Elizabeth Fain_____

1. I hereby consent to join the collective action lawsuit filed against Martin Resource Management Corporation and Martin Transport, Inc. ("Defendants") to pursue my claim of unpaid overtime during the time that I worked with the company as a Logistics Coordinator since September 30, 2023.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Welmaker Law, PLLC and The Buenker Law Firm as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Joseph Davis and his counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

5. If needed, I authorize Plaintiff's counsel to use this consent to re-file my claim in a separate lawsuit or arbitration against Defendants.

Signature: _*Elizabeth Fain*_____ Date Signed: 12/21/25_____

Longview TX_____
7/21-10/24_____ Location Worked Estimated Dates of Employment

**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**

**Martin Overtime Lawsuit**
**The Buenker Law Firm**
**P.O. Box 10099**