# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| JOSEPH DAVIS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § § | |
| | § | Case No. 6:25-cv-00169-JDK |
| v. | § § | |
| MARTIN RESOURCE MANAGEMENT CORPORATION AND MARTIN TRANSPORT, INC., | § § § § § | |
| Defendants. | § | |

## JOINT NOTICE OF SELECTION OF MEDIATOR

Pursuant to the Court's Scheduling Order entered March 26, 2026 (Dkt. 26), the parties jointly notify the Court that they have agreed upon the selection of **W. Jackson Wisdom** as the mediator in the above-captioned cause.  Mr. Wisdom's contact information is as follows:

> W. Jackson Wisdom
> 808 Travis St., Suite 20
> Houston, Texas 77002
> (713) 632-1700

The parties respectfully request that the Court enter the attached Proposed Order Appointing Mediator.  The parties will coordinate with Mr. Wisdom to schedule the mediation in advance of the September 17, 2026 mediation deadline.

Respectfully Submitted,


By: */s/ Douglas B. Welmaker*
Douglas B. Welmaker
State Bar No. 00788641
505 E. Magrill St.
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com


Josef F. Buenker
The Buenker Law Firm
TBA No. 03316860
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile
jbuenker@buenkerlaw.com

**ATTORNEYS FOR PLAINTIFF**

**WICK PHILLIPS GOULD & MARTIN, LLP**

By: */s/ Molly M. Jones*
Molly M. Jones
State Bar No. 24100271
Colin P. Benton
State Bar No. 24095523
Dana M. Hilzendager
State Bar No. 24106099
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Phone: (214) 692-6200
Email: molly.jones@wickphillips.com

**ATTORNEYS FOR DEFENDANTS**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2026, a true and correct copy of the foregoing document was filed and served on all counsel of record in accordance with the Federal Rules of Civil Procedure via the CM/ECF filing system.


By: */s/ Douglas B. Welmaker*
Douglas B. Welmaker