**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **JOSEPH DAVIS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:25-cv-00169-JDK |
| **MARTIN RESOURCE MANAGEMENT CORPORATION AND MARTIN TRANSPORT, INC.,** | § § § § § | |
| Defendants. | § § | |

## ORDER APPOINTING MEDIATOR

The Court, having considered the parties' Joint Notice of Selection of Mediator, hereby ORDERS as follows:

**W. Jackson Wisdom** of Houston, Texas is appointed as the mediator in this case. The parties shall coordinate with Mr. Wisdom to schedule a mediation to be completed on or before September 17, 2026.