**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| JOSEPH DAVIS, on behalf of himself and all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:25-cv-169-JDK |
| MARTIN TRANSPORT, INC., *et al.*, | § § | |
| Defendants. | § § | |

**ORDER APPOINTING MEDIATOR**

**IT IS ORDERED** that W. Jackson Wisdom, 808 Travis St., Suite 20, Houston, Texas 77002, is appointed as mediator in this case.

Mediation shall be completed by September 17, 2026, and in accordance with the Local Rules of the Eastern District of Texas.

So **ORDERED** and **SIGNED** this **16th** day of **April, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE