**SENDER: *COMPLETE THIS SECTION***

- Complete items **1, 2,** and **3.**
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

W JACKSON Wisdom
808 TRAVIS St
Suite 20
Houston, TX 77002

9590 9402 9233 4295 9138 13

7501 0710 ···· ···· 50 52

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jackson Wisdon_
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
4-20-26

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

**RECEIVED**

APR 22 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt