## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| JOSEPH DAVIS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | §<br>§<br>§<br>§<br>§ | |
|     Plaintiff, | § | |
| v. | §<br>§ | CIVIL ACTION NO. 6:25-cv-00169-JDK |
| MARTIN RESOURCE MANAGEMENT CORPORATION AND MARTIN TRANSPORT, INC., | §<br>§<br>§<br>§ | |
|     Defendants. | §<br>§ | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joseph Davis, on behalf of himself and all others similarly situated, ("Plaintiff") and Defendants Martin Resource Management Corporation and Martin Transport, Inc. ("Defendants") (the "Parties") file this Joint Stipulation of Dismissal with Prejudice and respectfully request that the Court dismiss this action in its entirety with prejudice, with each party bearing its own costs and attorneys' fees.

*Signature page follows.*

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**                    **PAGE 1**

Dated: August 13, 2026                    Respectfully submitted,

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
505 E. Magrill St.
Longview Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

*/s/ Josef F. Buenker*
Josef F. Buenker
Texas Bar No. 03316860
S.D. Tex. No. 11498
P.O. Box 10099
Houston, Texas 77206
Phone: (713) 868-3388
Fax: (713) 683-9940
jbuenker@buenkerlaw.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Molly M. Jones*
Molly M. Jones (lead attorney)
Texas State Bar No. 24100271
molly.jones@wickphillips.com
Colin P. Benton
Texas State Bar No. 24095523
colin.benton@wickphillips.com
Dana M. Hilzendager
Texas State Bar No. 24106099
dana.hilzendager@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone:  (214) 692-6200
Facsimile:   (214) 692-6255

**ATTORNEYS FOR DEFENDANTS**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**                    **PAGE 2**