**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **JOSEPH DAVIS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **CIVIL ACTION NO. 6:25-cv-00169-JDK** |
| **MARTIN RESOURCE MANAGEMENT CORPORATION AND MARTIN TRANSPORT, INC.,** | § § § § | |
| **Defendants.** | § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice, filed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Having considered the same, the Court finds that this action should be dismissed with prejudice.

Accordingly, it is hereby ORDERED that all claims and causes of action asserted in this action by Plaintiff Joseph Davis, on behalf of himself and all others similarly situated, ("Plaintiff") against Defendants Martin Resource Management Corporation and Martin Transport, Inc. ("Defendants") are DISMISSED WITH PREJUDICE, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close this case.